ALEXANDER G. CALFO (SBN 152891)
KELLEY S. OLAH (SBN 245180)
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:      (213) 362-7777
Facsimile:      (213) 362-7788

Attorneys for Defendants
JOHNSON & JOHNSON SERVICES, INC.,
JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), DEPUY ORTHOPAEDICS, INC., PINNACLE WEST ORTHOPAEDICS, INC, and GOLDEN STATE ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NELSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED,<br><br>          Defendants. | CASE NO. C-12-4664-MEJ<br><br>~~PROPOSED~~ **ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LAURA NELSON and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE ORTHOPAEDICS, INC., and THOMAS P.SCHMALZRIED, M.D., (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

     1.     The Parties' request for a stay of proceedings is GRANTED;

1     2.     All proceedings in this action are hereby stayed, pending a decision by the Judicial
2  Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy*
3  *Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.
4     3.     Deadlines relating to any outstanding responsive pleading are extended pending
5  entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to
6  file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
7  Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may
8  issue.

10     PURSUANT TO STIPULATION, IT IS SO ORDERED.

12     Dated: <u>Sept. 17th</u>, 2012     _____
                                          UNITED STATES



## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On September 13, 2012, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Khaldoun A. Baghdadi, Esq. | **Attorney for Plaintiff** |
| Spencer J. Pahlke, Esq. | **LAURA NELSON** |
| WALKUP, MELODIA, KELLY & SCHOENBERGER | T: (415) 981-7210 |
| 650 California Street, 26th Fl. | F: (415) 391-6965 |
| San Francisco, CA 94108-2615 | |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2012, at Los Angeles, California.

*/s/ Alexander G. Calfo*
Alexander G. Calfo