```
 1  ALEXANDER G. CALFO (SBN 152891)
    KELLEY S. OLAH (SBN 245180)
 2  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
    YUKEVICH CALFO & CAVANAUGH
 3  355 S. Grand Avenue, 15th Floor
    Los Angeles, CA  90071-1560
 4  Telephone:    (213) 362-7777
    Facsimile:    (213) 362-7788
 5
    Attorneys for Defendants
 6  JOHNSON & JOHNSON SERVICES, INC.,
    JOHNSON & JOHNSON (erroneously sued as
 7  "Johnson & Johnson, Inc."), DEPUY
    ORTHOPAEDICS, INC., PINNACLE WEST
 8  ORTHOPAEDICS, INC, and GOLDEN STATE
    ORTHOPAEDICS, INC.
 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA NELSON, | CASE NO. C-12-4664-MEJ |
| Plaintiff, | ~~PROPOSED~~ ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS |
| vs. | |
| JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; THOMAS SCHMALZRIED, M.D.; PINNACLE WEST ORTHOPAEDICS, INC.; GOLDEN STATE ORTHOPAEDICS, INC.; and DOES ONE through ONE HUNDRED, | |
| Defendants. | |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LAURA NELSON and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., PINNACLE WEST ORTHOPAEDICS, INC., GOLDEN STATE ORTHOPAEDICS, INC., and THOMAS P. SCHMALZRIED, M.D., (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

   1. The Parties' request for a stay of proceedings is GRANTED;

1    2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial
2 Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy*
3 *Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.
4    3.    Deadlines relating to any outstanding responsive pleading are extended pending
5 entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to
6 file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order
7 Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may
8 issue.

10    PURSUANT TO STIPULATION, IT IS SO ORDERED.

12    Dated: Sept. 17th , 2012    _____
                                  UNITED STATES



**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On September 13, 2012, I served true copies of the following document(s) described as **PROPOSED ORDER RE: STIPULATION TO STAY ALL PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Khaldoun A. Baghdadi, Esq.<br>Spencer J. Pahlke, Esq.<br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER<br>650 California Street, 26th Fl.<br>San Francisco, CA 94108-2615 | **Attorney for Plaintiff**<br>**LAURA NELSON**<br><br>T: (415) 981-7210<br>F: (415) 391-6965 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 13, 2012, at Los Angeles, California.

*/s/ Alexander G. Calfo*
Alexander G. Calfo